### 7227. CRAWFORD v. SMITH.

WADE, C. J. On April 17, 1914, judgment was rendered against the defendant, and on April 22, 1914, an execution issued thereon and was duly entered upon the general execution docket. On June 1, 1915, a certain horse in the possession of the defendant and held by him in his own name and right was traded by him to Crawford, and on October 4, 1915, the horse was levied on in the possession of Crawford as the property of the defendant. A claim was interposed by Crawford, and on the trial a verdict was directed in favor of the plaintiff. *Held:* There was no error in directing the verdict.

*Judgment affirmed.*

DECIDED SEPTEMBER 15, 1916.

Levy and claim; from city court of Hazlehurst—Judge Grant. December 18, 1915.

*P. L. Smith,* for plaintiff in error. *Gordon Knox,* contra.

---

### 7258. HAND TRADING COMPANY v. SELLERS.

WADE, C. J. In all essential particulars this case is controlled in principle by the ruling of this court in the case of *Empire Cotton Oil Co. v. Sellars,* ante, 377 (89 S. E. 454). The court did not err in directing a verdict in favor of the defendant. *Judgment affirmed.*

DECIDED SEPTEMBER 15, 1916.

Complaint; from city court of Cairo—Judge Willie. January 17, 1916.

*Merrill & Grantham,* for plaintiff. *W. V. Custer,* for defendant.